UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 02-7039

_____

MARION EDWARD PEARSON, JR.,

Plaintiff - Appellant,

versus

JAMES B. BENNETT; ERNEST SUTTON; CARL E.
BATTLE; HATTIE B. PIMPONG; LEVI BROTHERS, JR.,
Sergeant; LEWIS CARTER, II, Unit Manager;
WILLIAM BASNIGHT, III, Assistant Unit Manager;
OFFICER HARRIS; JANE DOE, Nurse Contractor;
JOHN DOE WILLIAMS, Librarian,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-196-5-H)

_____

Submitted: October 10, 2002          Decided: October 17, 2002

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marion Edward Pearson, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marion Edward Pearson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Pearson v. Bennett</u>, No. CA-02-196-5-H (E.D.N.C. June 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>